■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JACKSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered October 20, 1989, convicting him of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree, and criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We are satisfied that the defendant's factual allocution was sufficient. Moreover, the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.